**JAMES & HOFFMAN, P.C.**
1629 K Street, NW, Suite 1050
Washington, DC 20006

**Daniel M. Rosenthal**
(202) 960-1638
dmrosenthal@jamhoff.com
www.jamhoff.com

November 28, 2022

**VIA ECF AND EMAIL**

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

    Re:    Edrizio De La Cruz v. Mastercard International Inc. et al.
              Case No. 1:22-cv-09010-JPC
              Stipulated Motion to Stay Pending Settlement

Dear Judge Cronan:

        Pursuant to Your Honor's Individual Rules and Practices in Civil Cases dated January 18, 2022, the parties, by and through their respective counsel, hereby submit this Letter-Motion and agree, stipulate, and move this Court for an Order to stay the above-referenced case. The parties have executed a settlement agreement. As part of the agreement, they have agreed to stay this case pending the performance of certain terms of the agreement, which are expected to be complete by the end of the year.

        Respectfully submitted,

        s/ Daniel M. Rosenthal
        Daniel M. Rosenthal (admitted *pro hac vice*)
        Ryan E. Griffin (admitted *pro hac vice*)
        James & Hoffman, P.C.
        1629 K Street, NW, Suite 1050
        Washington, DC 20006
        (202) 496-0500
        (202) 496-0555 (fax)
        dmrosenthal@jamhoff.com
        regriffin@jamhoff.com

        Attorneys for Plaintiff Edrizio De La Cruz

        s/ Jason S. Marin
        Jason S. Marin

**JAMES & HOFFMAN, P.C.**                                                                                    Page 2

                                          Emery K. Harlan (admission *pro hac vice* pending)
                                          MWH Law Group LLP
                                          295 Madison Avenue, 12th Floor
                                          New York City, NY 10017
                                          (929) 487-6100
                                          (414) 436-0354 (fax)
                                          jason.marin@mwhlawgroup.com
                                          emery.harlan@mwhlawgroup.com

                                          Attorneys for Defendant Mastercard International Inc.

    cc:    All Counsel of Record (via ECF and email)

The request is granted. This case is stayed. All pending conferences and deadlines are adjourned *sine die*. If the parties have not filed a stipulation of dismissal by January 30, 2023, they shall file a status update by that date. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 20.

SO ORDERED.
Date: November 29, 2022
New York, New York

                                _____
                                JOHN P. CRONAN
                              United States District Judge